UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of West Virginia, et al vs. EPA, et al

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-2225 for the following party(s): (please specify)

State of Tennessee

☐ Appellant(s) ☑ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: James Matthew Rice s/: James Matthew Rice

Firm Name: Office of the Tennessee Attorney General

Business Address: PO Box 20207

City/State/Zip: Nashville, TN 37202

Telephone Number (Area Code): 615-532-6026

Email Address: Matt.Rice@ag.tn.gov

---

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 6/18/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: