**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

| | | |
|---|---|---|
| STATE OF WEST VIRGINIA, et al., | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | No. 24-2225 |
| | ) | (and consolidated cases) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al. | ) | |
| | ) | |
| Respondents. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Counsel for Petitioner State of Tennessee, James Matthew Rice, respectfully moves to be withdrawn as counsel in this action (No. 24-2225, consolidated with lead case No. 24-2123). Mr. Rice is leaving his employment with the Tennessee Attorney General's Office. Respondents will continue to be represented by Virginia Adamson, who previously entered an appearance in this case.

Respectfully submitted,

JONATHAN SKRMETTI
Tennessee Attorney General
and Reporter

/s/ James Matthew Rice
JAMES MATTHEW RICE
Tennessee Attorney General's Office
Solicitor General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 532-6206
Matt.rice@ag.tn.gov

## CERTIFICATE OF COMPLIANCE

This document complies with the word limit of Federal Rule of Appellate Procedure 27(d)(2) because, excluding the parts of the document exempted by Rule 32(f), it contains 56 words. This document complies with the typeface and type-style requirements of Rule 32(a)(5) and (6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Century Schoolbook fourteen-point font. This motion further complies with the technical requirement of Local Rule 28A(h) because it has been scanned for viruses and is virus free.

/s/ James Matthew Rice
JAMES MATTHEW RICE

## CERTIFICATE OF SERVICE

On May 13, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

/s/ James Matthew Rice
JAMES MATTHEW RICE