**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

No. 24-2225

State of West Virginia, et al.

Petitioners

v.

United States Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency

Respondents

Clean Water Action, et al.

Intervenors

---

Petition for Review of an Order of the Environmental Protection Administration
(89 Fed. Reg. 40198)

---

**ORDER**

The motion to withdraw as retained counsel is granted. James Matthew Rice for State of Tennessee has been granted leave to withdraw from this case.

May 13, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

______________________________
/s/ Susan E. Bindler