**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**


August 28, 2026

Sonya Shea
U.S. DEPARTMENT OF JUSTICE
Environmental Defense Section
North Terrace, Suite 600
999 18th Street
Denver, CO 80202

RE: 24-2123 Southwestern Electric Power Co., et al v. EPA, et al
24-2215 City Utilities of Springfield, MO v. EPA, et al
24-2225 State of West Virginia, et al v. EPA, et al
24-2246 Clean Water Action, et al v. James Payne, et al
24-2255 Catawba Riverkeeper, et al v. EPA, et al
24-2266 NRG Texas Power, LLC, et al v. EPA, et al
24-2407 Center for Biological Diversity v. EPA, et al
24-2494 America's Power v. EPA, et al
24-3009 City of Springfield, Office of Public Utilities v. EPA, et al

Dear Counsel:

The status report due on August 21, 2026 has been filed pursuant to the Clerk's Letter on June 23, 2026. Please file with this office a status report regarding developments in the case by October 27, 2026.

Susan E. Bindler
Clerk of Court

JES

cc: Jacob M. Abrahamson
Virginia N. Adamson
Jorge Benjamin Aguinaga
Cody Steven Barnett
James A. Barta
Kellie E. Billings-Ray
Brenna Bird
Christopher Michael Carr
Dwight R. Carswell
Brendan T. Chestnut
Thomas Cmar

Russell Coleman
Hannah Mary Margaret Connor
Christian Brian Corrigan
Aimee D.G. Davenport
D. David DeWald
Daniel J. Deeb
Peter Francis Donohue Sr.
Gentner Drummond
Ryan Patrick Dugan
Lynn Fitch
Alexander J. Garel-Frantzen
Merrick B. Garland
Garry M. Gaskins II
Tim Griffin
Michael Hilgers
Makram Bassam Jaber
Austin Knudsen
Kris William Kobach
Matthew F. Kuhn
Raul R. Labrador
Brian R. Levey
Jennifer L. Lewis
James Lloyd
Catherine M. Masters
Justin L. Matheny
John Edward McCaffrey III
Jason Miyares
Thomas Mooney-Myers
Joshua R. More
Patrick Morrisey
Elizabeth B. Murrill
Mychal R. Ozaeta
Autumn Hamit Patterson
Ken Paxton
Lauren Piette
Anthony J. Powell
Jeffrey Prieto
Stanford Purser
Sean D. Reyes
Theodore E. Rokita
Abel Russ
George P. Sibley III
Jonathan Skrmetti
Joshua Douglas Smith
Joseph David Spate
Mathura Sridharan
Treg R. Taylor
John Henry Thompson
Claire Tonry
Nicholas Steele Torrey
Andrew J. Turner
Brent Webster

Eric H. Wessan
Michael Ray Williams
Wesley Scott Williams
Alan Wilson
Allison D. Wood
Dave Yost
Michael Zarian

| | |
|---|---|
| District Court/Agency Case Number(s): | 89 Fed. Reg. 40198 |
| | 89 Fed. Reg. 40198 |
| | 89 Fed. Reg. 40198 |
| | 89 Fed. Reg. 40198 |
| | 89 Fed. Reg. 40198 |
| | 90 Fed. Reg. 40198 |
| | 89 Fed. Reg. 40198 |